# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ET AL.,** ) | |
| ) | Case No. 1:07CV00054 |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: James P. Jones |
| **UNIVERSAL HEALTH SERVICES, INC., ET AL.,** ) | United States District Judge |
| ) | |
| Defendants. ) | |

The court takes under advisement the motions to dismiss filed by the defendants. In the meantime, the parties must advise the court in writing no later than July 21, 2010, of their opinions as to a trial date for the case (including length of trial), as well as other important scheduling deadlines, such as discovery cutoffs, disclosure of expert opinions, and dispositive motions deadlines, to the end that the court might enter a scheduling order. In addition, the parties must advise the court by such date of their opinions as to severance for trial of the claims by the relators and to the extent that they desire a separate trial as to the relators' claims, their opinions as to that trial date and length, and scheduling deadlines.

The court urges the parties to seek agreement on these matters, and to the extent that agreement cannot be reached, the parties should set forth the reasons for their respective positions.

It is so **ORDERED**.

ENTER: July 14, 2010

/s/ JAMES P. JONES
United States District Judge