CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 16 2011

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and COMMONWEALTH OF VIRGINIA, *ex rel.* Megan L. Johnson, Leslie L. Webb, and Kimberly Stafford-Payne, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No. 1:07-CV-000054 |
| UNIVERSAL HEALTH SERVICES, INC., KEYSTONE EDUCATION AND YOUTH SERVICES, LLC, and KEYSTONE MARION, LLC, d/b/a MARION YOUTH CENTER, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Pursuant to this Court's request during the August 10, 2011 telephonic hearing, the parties have submitted a statement proposing a series of deadlines for the settlement and approval process for disposition of the above-captioned case. Finding that proposed schedule sufficient, the following schedule is hereby APPROVED:

| | |
|---|---|
| September 2, 2011 | Submission of Memo by counsel Requesting Settlement Authority to officials at Department of Justice ("DOJ") (Assistant Attorney General for the Civil Division must approve); Submission of draft Settlement Agreement by DOJ/Commonwealth to Defendants; and submission of Corporate Integrity Agreement ("CIA") by Office of the Inspector General-Health and Human Services ("HHS-OIG") to Defendants. |
| September 9, 2011 | Submission of Defendants' revisions to draft Settlement Agreement to DOJ/Commonwealth and revisions to CIA to HHS-OIG |
| September 16, 2011 | Status report to Court; Finalize Settlement Agreement |

1

| | |
|---|---|
| September 21, 2011 | Authority decision from Director of the Commonwealth's Department of Medical Assistance Services |
| September 23, 2011 | CIA between HHS-OIG and Defendants finalized |
| September 26, 2011 | Authority decision from Virginia's Medicaid Fraud Control Unit |
| September 30, 2011 | Status report to Court; Authority decision from DOJ Assistant Attorney General and Commonwealth's Attorney General |
| October 14, 2011 | Authority decision from Commonwealth of Virginia Governor |
| October 16, 2011 | Final status report to Court; Final Settlement Agreement Executed by All Parties and CIA executed by appropriate Defendant(s) and HHS-OIG. |

Pending the completion of this settlement schedule, the current trial and the other procedural deadlines are CANCELLED and the case is STAYED until further order of the court.

It is so **ORDERED**.

ENTER this 16th day of August, 2011.

*/s/ [signature]*
United States District Judge